[No. 15901-9-III.    Division Three.    November 13, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DONNA K. PRICE, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 95-1-00694-0, John E. Bridges, J., entered July 1, 1996. *Affirmed* by unpublished opinion per Schultheis, A.C.J., concurred in by Kurtz and Brown, JJ.

[No. 16471-3-III.    Division Three.    November 13, 1997.]

*In the Matter of the Personal Restraint of* RONALD LEE JUDD, *Petitioner*.

Petition for relief from personal restraint. *Granted* by unpublished opinion per Kato, J., concurred in by Kurtz and Brown, JJ.

[No. 20167-4-II.    Division Two.    November 14, 1997.]

THE STATE OF WASHINGTON, *Appellant*, v. DERRICK SAULSBERRY, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 93-1-01177-8, Arthur W. Verharen, J., entered December 15, 1995. *Reversed* by unpublished opinion per Seinfeld, J., concurred in by Houghton, C.J., and Morgan, J.

[No. 20475-4-II.    Division Two.    November 14, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. SEAN BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 94-1-02588-2, Arthur W. Verharen, J., entered February 5, 1996. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Seinfeld and Hunt, JJ.